Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-4-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMART STUDY CO., LTD.,
*Plaintiff*

v.

-SUPERMOM STORE, *et al*,
*Defendants*

**CIVIL ACTION No.
19-cv-7726 (JGK)**

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant JY Handmade Store in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 1, 2019                                  Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**

                                                         BY: _____
                                                         Danielle S. Yamali (DY 4228)
                                                         dfutterman@ipcounselors.com
                                                         EPSTEIN DRANGEL LLP
                                                         60 East 42nd Street, Suite 2520
                                                         New York, NY 10165
                                                         Telephone:   (212) 292-5390
                                                         Facsimile:   (212) 292-5391
                                                         *Attorneys for Plaintiff*
                                                         *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____11/4_____, 2019.

                                     _____
                                     Judge John G. Koeltl
                                     United States District Judge

2